# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

160027

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MICHAEL ANTHONY MILLER and McKEA
MILLER,
      Plaintiffs-Appellants,

v

WB HOLDINGS, LLC, AIRTIME TRAMPOLINE
PARK TROY, LLC, AIRTIME TRAMPOLINE,
LLC, MICHIGAN AIRTIME HOLDINGS, LLC,
MICHIGAN AIRTIME I, LLC, MICHIGAN
AIRTIME II, LLC, MICHIGAN AIRTIME III,
LLC, and SPRING LOADED I, LLC,
      Defendants-Appellees,

and

DOES, TRAMPOLINE PARKS AND SUPPLIES,
LLC, CC IMAGE GROUP, INC., d/b/a CC
IMAGE SPECIALTIES, ROBERT WALZ,
WALZ ENGINEERING, LLC, NORBERTS
ATHLETIC PRODUCTS, INC., NETTING
PUCUDA, INC., and PUCUDA, INC.,
      Defendants.

SC: 160027
COA: 341139
Oakland CC: 2016-152291-NO

_____/

      On order of the Court, the application for leave to appeal the June 20, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



b0420

Clerk